UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON L CALLIER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>INSURIGO INC INSURANCE SERVICES, a Texas corporation, and SGA FINANCIAL INC, a Texas corporation,<br><br>*Defendants*. | § § § § § § § § § § § § § § No. 3:24-CV-00439-LS |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 7, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**